UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT E. BAKER,

     Plaintiff,

  -against-                      3:05-CV-0089
                                   (LEK/DEP)

JO ANN B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR THE PLAINTIFF: | EUGENE D. FAUGHNAN, Esq. |
| HINMAN, HOWARD LAW FIRM<br>P.O. Box 5250<br>700 Security Mutual Bldg.<br>Binghamton, NY 13902-5250 | |
| FOR THE DEFENDANT: | |
| HON. GLENN T. SUDDABY<br>United States Attorney<br>Northern District of New York<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | WILLIAM H. PEASE, Esq.<br>Assistant United States Attorney |
| OFFICE OF GENERAL COUNSEL<br>Social Security Administration<br>26 Federal Plaza<br>New York, NY 10278 | BARBARA L. SPIVAK, Esq.<br>Chief Counsel, Region II<br><br>ANDREEA LECHLEITNER, Esq.<br>Assistant Regional Counsel |

LAWRENCE E. KAHN
United States District Judge

1

**DECISION AND ORDER**

This matter comes before the Court following a Report-Recommendation filed on November 21, 2006 by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Plaintiff Robert E. Baker, which were filed on December 6, 2006.

It is the duty of this Court to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  Id.  This Court has considered the objections and has undertaken a *de novo* review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

Accordingly, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 7) is **APPROVED** and **ADOPTED** in its **ENTIRETY;** and it is further

**ORDERED**, that Defendant's Motion for judgment on the pleadings (Dkt. No. 6) is **GRANTED**; and it is further

**ORDERED**, that the Commissioner's determination of no disability is **AFFIRMED**; and it is further

**ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in all respects; and it is further

**ORDERED** that the Clerk serve a copy of this order on all parties by regular mail.

**IT IS SO ORDERED.**

DATED:      January 23, 2007
                  Albany, New York


_____
Lawrence E. Kahn
U.S. District Judge