## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__*NORTHERN*__ DISTRICT OF __*NEW YORK*__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 3:05-CV-0089 (LEK/DEP)

**ROBERT E. BAKER,**
                **Plaintiff,**

  -against-

**JO ANNE B. BARNHART, Commissioner**
**of Social Security Administration,**

                **Defendants.**

____ JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__ DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED and ADJUDGED that in the above entitled action, the Report-Recommendation of the Honorable David E. Peebles, United States Magistrate Judge for the Northern District of New York, dated November 21, 2006, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; In accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated January 23, 2007.

DATE:  January 23, 2007

**LAWRENCE K. BAERMAN**
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**